RAYMOND F. BOCHANTIN, SR. *et al.*, Plaintiffs-Appellants, *v.* GERTRUDE SCHROEDER, Defendant-Appellee.

(No. 57820; ▮▮▮▮▮▮▮▮)

First District (5th Division)—June 1, 1973.

PER CURIAM.

SULLIVAN, J., took no part.

Paul M. Heller and Harvey L. Walner, both of Chicago, for appellants.

McKenna, Storer, Rowe, White & Haskell, of Chicago, (Royce Glenn Rowe, of counsel,) for appellee.